UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VALERIE FLORES,

                Plaintiff,

-against-

HABITAT FOR HUMANITY OF DANE COUNTY, INC., et al.,

                Defendants.

1:24-CV-5344 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated July 23, 2024, and entered on July 30, 2024, the Court transferred this action to the United States District Court for the Western District of Wisconsin. (ECF 4.) On May 2, 2025 – nine months and two days after that order was entered – Plaintiff filed the present motion "to seal case caption and the entirety of the case to include all documents and to remove [the] case from any legal website and . . . from search engines such as Google, Bing, etc." (ECF 5, at 1.) She asserts that she brings this motion "for various job related reasons and other factors." (*Id.*)

      This action commenced when Plaintiff filed her complaint on July 9, 2024, and it was entered on the court's publicly available electronic docket on July 16, 2024 – more than nine months before Plaintiff filed the present motion on May 2, 2025. This action has been a matter of public record since her complaint was entered. Thus, any of Plaintiff's concerns arising from the filing of this action, or from the information contained in any of the court filings in this action, have no legal relevance now that this action and its court filings have been available on court's

publicly available electronic docket since July 16, 2024. Accordingly, the Court denies Plaintiff's motion.[1] (ECF 5.)

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: May 28, 2025
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

---

[1] Even if the Court did grant Plaintiff's motion insofar as sealing the docket of this action and all of the submissions filed in this action, the Court has no authority to remove any information about this action already gathered by private internet platforms.